E-FILED IN OFFICE - EL
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
21-C-09282-S6
12/31/2021 2:33 PM
TIANA P. GARNER, CLERK

**Exhibit A**     IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

Beverly Rahim c/o Paul. B. Mazur, P.C.

44 Broad Street, N.W., Suite 600

Atlanta, GA 30303

CIVIL ACTION NUMBER: 21-C-09282-S6

PLAINTIFF

vs.

Heniff Transportation Systems, LLC c/o Corporation Service Company

2 Sun Court, Suite #: 400

Peachtree Corners, GA 30092

DEFENDANT

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> Paul B. Mazur, P.C.
> 44 Broad Street, N.W.
> Suite #: 600
> Atlanta, GA 30303

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of __3rd day of January, 2022_____, 20____.

Tiana P. Garner
Clerk of State Court

By _____
Deputy Clerk

**INSTRUCTIONS:** Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011

E-FILED IN OFFICE - LI
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
21-C-09282-S6
12/31/2021 2:33 PM
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

| | |
|---|---|
| BEVERLY RAHIM, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | |
| v. ) | FILE #: 21-C-09282-S6 |
| ) | |
| DWAYNE L. POUGH and ) | |
| HENIFF TRANSPORTATION ) | |
| SYSTEMS, LLC and ) | |
| LONG IRON INSURANCE RISK ) | |
| RETENTION GROUP, INC., ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT FOR DAMAGES

COMES NOW BEVERLY RAHIM, Plaintiff in the above-styled action, and files this her Complaint for Damages against the above-named Defendants, and, in support thereof, respectfully shows this Honorable Court as follows:

1.

Defendant Dwayne L. Pough resides at 1312 Lasser Drive, Plainfield, Will County, Illinois 60586-5568, and is subject to the jurisdiction and venue of this Honorable Court. Defendant Dwayne L. Pough may be served with the Summons and the process of this action pursuant to the terms of the Georgia Long Arm Statute.

2.

Additionally, Defendant Dwayne L. Pough is subject to the jurisdiction and venue of this Honorable and may be served with the Summons and the process of this action pursuant to the terms of the Georgia Non-Resident Motorist Statute.

3.

Defendant Heniff Transportation Systems, LLC is an Illinois corporation authorized and licensed to transact and conduct business in Gwinnett County, Georgia. Defendant Heniff Transportation Systems, LLC may be served with the summons and process of this action by and through its duly authorized agent for service of process, to wit: Corporation Service Company, 2 Sun Court, Suite #: 400, Peachtree Corners, Gwinnett County, Georgia 30092. Accordingly, Defendant Heniff Transportation Systems, LLC is subject to the jurisdiction and venue of this Honorable Court.

4.

At all times relevant hereto, Defendant Heniff Transportation Systems, LLC was and is engaged in business as an interstate motor carrier transporting goods for compensation and does business in Georgia, including in and through Gwinnett County, Georgia

5.

Defendant Long Iron Insurance Risk Retention Group, Inc. is a South Carolina corporation authorized and licensed to transact and conduct business in Gwinnett County, Georgia. Defendant Long Iron Insurance Risk Retention Group, Inc. may be served with the summons and process of this action by and through its duly authorized agent for service of process, to wit: Risk Partners Inc., 1904 Savannah Highway, Unit #: 202, Charleston, Charleston County, South Carolina 29407. Accordingly, Defendant Long Iron Insurance Risk Retention Group, Inc is subject to the jurisdiction and venue of this Honorable Court. Long Iron Insurance Risk Retention Group, Inc may be served with the Summons and the process of this action pursuant to the terms of the Georgia Long Arm Statute and/or the terms of the Georgia Non-Resident Motorist Statute.

6.

Defendant Long Iron Insurance Risk Retention Group, Inc. provided insurance coverage for the vehicle operated by Defendant Dwayne L Pough and owned by Defendant Heniff Transportation Systems, LLC regarding the subject collision.

7.

Defendant Long Iron Insurance Risk Retention Group, Inc. was transacting business in the State of Georgia and in Gwinnett County on the date of the subject collision.

8.

Defendant Long Iron Insurance Risk Retention Group, Inc. agreed to provide insurance coverage to Defendant Dwayne L. Pough and to Defendant Heniff Transportation Systems, LLC in consideration for the payment of insurance premiums.

9.

Plaintiff Beverly Rahim, as a member of the public injured due to a common carrier's negligence, is a third-party beneficiary to the insuring agreement between Defendant Long Iron Insurance Risk Retention Group, Inc. and Defendant Heniff Transportation Systems, LLC and Defendant Dwayne L. Pough.

10.

Plaintiff Beverly Rahim is entitled to receive payment from Defendant Long Iron Insurance Risk Retention Group, Inc. for the tort liability of Defendant Heniff Transportation Systems, LLC and Defendant Dwayne L. Pough.

11.

Pursuant to O.C.G.A. § 40-1-112 and O.C.G.A. § 40-2-140, Defendant Long Iron Insurance Risk Retention Group, Inc. insures Defendant Heniff Transportation Systems, LLC and is subject to this Direct Action.

12.

At approximately 1:40 p.m. on Thursday, November 29, 2018, Hydeia DeShields was lawfully operating her 2012 Mercedes C30 vehicle in a northerly direction on Jonesboro Road inside the city limits of Morrow, Clayton County, Georgia. Plaintiff Beverly Rahim was a passenger in the aforementioned vehicle lawfully operated by Hydeia DeShields.

13.

At the same time and place, Defendant Dwayne L. Pough was operating a 2005 Peterbilt tractor-trailer vehicle immediately behind the aforementioned vehicle which contained Plaintiff Beverly Rahim.

14.

Defendant Dwayne L. Pough did negligently, carelessly, and unlawfully operate his vehicle in such a way as to cause the front of the aforementioned 2005 Peterbilt tractor-trailer vehicle to forcefully and violently strike the rear of the vehicle which contained Plaintiff Beverly Rahim multiple times.

15.

Defendant Dwayne L. Pough's acts of negligence included, but were not limited to, failure to operate his vehicle in a safe and lawful manner, failure to keep a proper lookout for the vehicle which contained Plaintiff Beverly Rahim, failure to apply his brakes in a safe and timely manner, following too closely, failure to maintain a safe and proper distance between the front of his vehicle

and the rear of the vehicle which contained Plaintiff Beverly Rahim, failure to exercise due care while driving, failure to pay proper attention to the roadway and such other and further acts of negligence as may be shown at trial.

16.

As a direct and proximate result of Defendants' negligence, Plaintiff Beverly Rahim sustained serious and painful personal injuries, including but not limited to injuries to her neck, both shoulders, back, both knees and both ankles, in addition to other injuries. Because of her injuries, Plaintiff Beverly Rahim has incurred medical and other expenses for necessary treatment from doctors and hospitals, the cost of which currently exceed the sum of $60,000.00. Plaintiff Beverly Rahim may well continue to incur additional medical expenses in the future as a direct result of the negligence of the Defendants regarding this case.

17.

At all times relevant hereto, Defendant Dwayne L. Pough was an agent and/or employee of Defendant Heniff Transportation Systems, LLC, acting within the course and scope of his employment. Accordingly, pursuant to agency principles and pursuant to the doctrine of respondeat superior, Defendant Heniff Transportation Systems, LLC, is vicariously liable to Plaintiff Beverly Rahim for the negligent acts and omissions of its employee, Defendant Dwayne L. Pough. Further, Defendant Dwayne L. Pough and Defendant Heniff Transportation Systems, LLC, are both jointly and severally liable to Plaintiff Beverly Rahim for her damages incurred and pain and suffering sustained as a direct result of the collision of November 29, 2018.

18.

As a direct and proximate result of Defendants' negligence, Plaintiff Beverly Rahim has sustained physical pain and suffering as well as emotional and psychological distress, and Plaintiff Beverly Rahim will continue to suffer from emotional and psychological distress in the future.

19.

At all times herein mentioned, Plaintiff Beverly Rahim was in the exercise of ordinary and due care for her own personal safety and well-being.

WHEREFORE, Plaintiff prays that:

(a) service of process issue upon these Defendants as provided by law;

(b) she be awarded special damages against these Defendants, jointly and severally, in a sum and amount to be shown at trial;

(c) she be awarded general damages against these Defendants, jointly and severally, in a sum and amount in excess of $500,000.00, to be determined in accordance with the enlightened conscience of an impartial jury at the time of trial;

(d) she have a trial by jury on all issues so triable; and,

(e) she have such other and further relief as this Honorable Court deems just and proper under the circumstances.

This the 31st day of December, 2021.

Respectfully submitted,

*/s/ Paul B. Mazur*
Paul B. Mazur, Esq.
State Bar #: 479865
Attorney for Plaintiff

PAUL B. MAZUR, P.C.
44 Broad Street, N.W.
Suite #:  600
Atlanta, GA 30303
Office:  (404) 525-9000
Cell:     (678) 984-1400
Fax:     (404) 522-9933
Email:  paul@pbmjustice.com